NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MACK C. SHULER,                               )
a/k/a MACK CHARLES SHULER,                    )
                                              )
          Appellant,                          )
                                              )
v.                                            )     Case No. 2D18-586
                                              )
STATE OF FLORIDA,                             )
                                              )
          Appellee.                           )
                                              )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.


PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and MORRIS, JJ., Concur.